```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
```


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **INDICTMENT** |
| - v. - | : | 07 Cr. |
| TROY AUSTIN WATSON, | : | |
| Defendant. | | |

07CRIM 922

```
- - - - - - - - - - - - - - - - - -x
```

### COUNT ONE

The Grand Jury charges:

1. On or about August 21, 2007, in the Southern District of New York, TROY AUSTIN WATSON, the defendant, unlawfully, willfully, and knowingly did attempt to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would thereby have obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, WATSON, attempted to commit an armed robbery of a convenience store located at 32 East 170th Street, Bronx, New York.

(Title 18, United States Code, Section 1951.)



**COUNT TWO**

The Grand Jury further charges:

2.   On or about August 21, 2007, in the Southern District of New York, TROY AUSTIN WATSON, the defendant, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the offense charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, to wit, a loaded .9mm Smith and Wesson semi-automatic pistol, which the defendant brandished at the victims during the attempted robbery charged in Count One.

(Title 18, United States Code, Section 924(c)(1)(A)(ii).)

**COUNT THREE**

The Grand Jury further charges:

3.   On or about August 21, 2007, in the Southern District of New York, TROY AUSTIN WATSON, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, Possession with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A), in the United States District Court for the Middle District of North Carolina, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a .9mm Smith and Wesson

semi-automatic pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____  _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

TROY AUSTIN WATSON,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 1951, 924(c)(1)(A)(ii), and 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Dennise Suarez-Peña*
Foreperson.

10/01/07
Filed Ind.
Ellis J.