February 3rd 2008

Dear Judge,

My name is Delinda Miller. I am the common Law Wife of Troy Watson, Whom you will soon be sentencing. I am also the mother of his children. I and Troy have been in a committed relationship since we were in our teens and together we have weathered many of life's storms. I must confess, your honor, I fully expect this may be our greatest challenge yet. Not simply due to his absence, but also because of the hardships this presents as a parent.

I am currently rearing 3 children and one young adult as a single parent, one of whom suffers from a severe diabetic condition. I want you to know that the man and father you are sentencing have done so many things right in his life. Troy has been an extremely supportive father and the partnership we have shared as parents has been a source of strength. I am compelled by my love for troy and my respect for the good he has done for our family to beg for you mercy. On behalf of myself and our children, I call upon your most merciful and humane instinct as you measure out justice in this case.

I am currently in the medical profession and I have advanced academically toward my career goals. I say this only to highlight that I am not simply coasting through life. I am a tax paying law abiding citizen who is doing everything to keep my fractured family together. I in no way condone or excuse the actions for which Troy has taken responsibility. I am not asking he be given the keys to the city; I am begging you not to effectively throw the keys to his life away. I am painfully well aware that on that key ring is FREEDOM.

Knowing Troy for close to 25 years, I am confident in the following. First, Troy is devastated by the magnitude of what is occurring here. Second, Troy had to have had some level of a breakdown to contribute to the actions as described in the case. I say this because I don't know troy to be a violent man. I know the man who gets up for work six days a week at five in the morning. He returns often by six in the evening. He returns with the tire and wears & tears consistent with hard work in the construction trade. I watch his face beam with pride when he is able to provide for our household.

I watch as he sets a clear example of work and responsibility for our sons. I watch him steal time. ......time for our sons karate class, time for our daughter's recitals, time for his ailing mother. Singed in my heart is the burning question of weather perhaps he had not found the time to deal with the stress of so many things. Your honor, please be sure I am making no excuse. I certainly don't intend to sound that way. I don't say these are causes, yet I strongly believe they are contributing factors. I promise you, a window into his everyday life would leave you with the same conclusion.

I understand that the court has an obligation to provide justice to its citizens. I completely get that. I also know that Your Honor has the option of seeing this through the eyes of mercy and grace. I know Your Honor can choose to balance justice with a real world sense of compassion. I pray that this letter among many will move Your Honor to consider mercy in this case. I am gracious for the opportunity to address the court in this matter. Finally, I pray for God's guidance in your decision making, as I know this process is something Your Honor takes seriously. The life altering affects of these proceedings are far reaching and all inclusive.

Thank You, With Respect
Delinda Miller