Carrie Martin
1819 Weeks Avenue Apt 23N
Bronx, NY 10457

Dear Your Honor,

I am writing this letter on behalf of my son Troy Watson, who is scheduled to be sentenced in your courtroom next month. Let me begin by thanking you for taking the time to read this and the other letters, which I hope will give you some insight into who my child is; beyond the charges he is facing.

As a Mother, it is extremely difficult to imagine what may have led my son to these circumstances. What I can tell you is that this situation is in stark contrast to the son who has become my bedrock over the last ten or so years. From the moment my son completed his sentence he began to take control of his life. I watched proudly as he advanced through the obstacles and challenges inherent in post-prison release.

My son took the steps to meet his employment requirements, He rebuilt his fractured family, he provided ample housing to his family while extending help and support to his siblings and I. No small accomplishment, all things considered. When my youngest Child was senselessly murdered in 2002, it was Troy who stepped up to support us through a tremendously difficult time. That difficulty was coupled with the fact that I had been diagnosed with several medical conditions(some life threatening), Again, it was troy who stepped up.

Whether it was his taking me to and from medical treatments, a kind word , or using his legally hard earned money to offset the cost of medical needs; My son stepped up. Whatever life's battles, it was reassuring to know that we could surmount them together. Most recently, Troy and I were sharing parental responsibility of his youngest child when the mother became unable to care for the child and his various needs. Troy has also partnered with me in the rearing of his youngest brother, my son Larnell, who is autistic and enjoys a tremendously supportive relationship with Troy. Where many other men would have avoid theses responsibilities, Troy (true to form) stepped up. This time I too stepped up; and we agreed to share the parental responsibility of rearing his son. On this day, I am stepping up again, on behalf of my son.

Your Honor, I would consider it outrageous, were I not to step up on Troy's behalf. I am a God fearing woman, who proudly counts myself among the law abiding members of this society. I assure that despite the circumstances before you, my submission of this letter is based on a truth that is obscured in the glare of the charges my son is facing. However, I must beg for your mercy as you mete out justice in this case.

Both my son and I realize the serious nature of these charges. I am proud that my son ,again, stepped up; taking full responsibility for these charges. This has shattered our family. It has called into question my ability to function in many ways. We are devastated by the enormity of this great challenge. Ultimately, I am fully aware that there is a

standard of justice to which you must adhere. I am realistic about the possibilities and fully appreciate the responsibility before your Honor.

Yet, I am also aware of your honors discretion to temper justice with mercy. I ask you to use that discretion in this case. Your Honor, there is a value in Troy's life. There is a value that is not visible in the cloud of charges over my son, but I assure you, there is value in my son's life. I am not asking you to reward him for working hard. I am not asking you to reward him for improving his life, for raising his family, for being a source of guidance and support for an elderly health compromised Mother. No your Honor, I am not asking that you reward My Son Troy for anything.

I am asking you to simply see the worth. See the value and possibility that with your mercy, and with My Son dealing with whatever may have brought this about, He can have an opportunity to re-enter society at the earliest possible time. His presence in the life of his family is needed and speaks out to the many things he has done right in his life.

In closing, I thank you again for your time and consideration. I pray for God's guidance in your contemplation of sentencing.

Respectfully, sincerely, with due honor,
Mrs. Carrie Martin Mother of Troy Watson