February 13 2008

Dear Judge:

I am writing this letter for my Brother Troy Watson. Troy is on your docket and will come before you for sentencing shortly. As his oldest brother it is disheartening to be in a position of helplessness. Indeed this is not as simple as a schoolyard bully. This is a serious set of circumstances. My relationship with troy has seen its highs and lows, as in most families. This changed when over a period; I suffered from the debilitating affects of alcoholism. I am proud that today I am self supportive, responsible and rehabilitated. I am more proud that Troy played arguably the greatest role in helping me to reach that point.

As I fell deeper and deeper into the dismal abyss of self destruction, I did not want my family to see me suffer. I avoided them to suffer in silence. Troy took the time to seek me out and to ultimately support me towards healing. Troy had the courage to say what no other single person dared to say. It's not easy to have your younger brother call you out that way but he balanced it with a love and support that guided me to getting help. I wish so badly I could help him through this tough time in his life.

Honestly, the Troy who was such a beacon of hope to me is more indicative of his character than the Troy you are poised to sentence. While I don't believe I will ever enter that darkness again, I have to illusions about the challenge of sobriety when coupled with the stress of possibly losing my brother for an excessive period of time. I know you have to respond to his actions. I know that. I hope that his being upfront about what occurred and the consideration of how he so positively affected my life may prompt your mercy.

There isn't a person who know troy that would say the world is better of without him. For those who know him; this situation is unimaginable. My brother is one of the hardest working guys I know. I can barely describe how hard my brother works, not just as an employee but as a family man too. This is not someone who hangs out, goes clubbing and runs recklessly through life. That's why this is so tough to wrap my mind around. Helpless for sure. I wish wholeheartedly that you please be merciful to my brother.

Thank you for hearing me out. I beg you to look at not just who Troy was on that fateful day but also who he was the day before, because that person is the one I can tell you most about. In talking to him recently, I can assure you he is contrite, remorseful and broken. May God bless you for your mercy.

Respectfully,<br>
Sean Martin