Dear Judge:

I am Dorothy Nelson, Aunt of Troy Watson whom is being sentenced under your discretion. I write this letter out of the strong love I have always had for my Nephew. I also write this out of a respect Troy has built upon over the years. Troy has always been one of my most manner able and respectful Nephews. I also know him to be a respected father to his family. A hard worker, Troy has put in many albums of legal labor to contribute to his family and pay his share to society.

I cannot for the life of me understand what's happening in all this. I'm a senior citizen; and I know I speak for the other elder family members when I say Troy's absence from our lives will have devastating consequences for us. This new generation of young people, you can't get them to help with much of nothing. Troy, on the other hand, is always willing to run an errand or help with some house chore. This may seem simple on the surface but for those of us who have been able to rely on him, it means a lot.

I grew up in the south and I still hold to a certain set of values. I've never been in trouble a day in my life. Yet, I know that life is too complicated to be close minded about things. I have to believe something went wrong in Troy's mind, because this just doesn't seem like him. I am not trying to say Troy or anyone is perfect. Just that, this is out of character……way out of character. Yes, something went wrong in his mind.

That young man worked so many hours, Troy was trying to do everything right. He was always trying to be a help to someone. This is not some evil or malicious person. I know this for sure. My nephew would not intentionally plan anything that would mean people being hurt. He has always had a heart, has always had feelings. Judge, I am begging and pleading with you to show him mercy. I think of his children who have been through so much, I think of my sister…. his mother who literally depends on troy to help raise an autistic child. I think of the victims too, and I pray for them too.

I pray for everyone involved. I pray for you too Judge. I pray for your ability to be driven by a real world approach to justice. I pray for your courage to use discretion. I know it takes a certain bravery to do what you do. Yours is not an easy task. It takes courage to show mercy. The call of mercy asks us look at indirect factors, it speaks directly to our humanity.

With respect and honor,
Mrs Dorothy Nelson

*Dorothy Nelson*
2/22/08