January 18, 2008

Jennifer L. Brown
Federal Defenders OF New York, INC.
52 Duane Street - 10th Floor
New York, New York 10007

You're Honor:

I am writing this letter to you and your office to support my cousin Mr. Troy Watson. My cousin is a supporting husband and father to five children. Unfortunately, he made a grave mistake that cost him his freedom away from society and his family. However, the mistake he made was one that should never have taken place. Simply, because he was employed as a construction worker a job he's maintained off and on for more that ten years. In fact my cousin has always maintained to pay a thousand dollar a month rent and other bills so that him and his family could live a decent life.

Troy is a very humble man whom is caring and giving. There were times when he would help me with my school studies and provided financial assistance. It is going to hurt me more that he is not going to be home to celebrate my college graduation. Whenever I was stressed out about school and personal situations he would council me and encourages me not to give-up. His council and support is the reason that I am graduating with honors and I am also pursuing graduate studies in social work.

I am asking that you give my cousin Troy leniency based on the evidence. I don't think his intentions was to commit a serious crime nor do I think he were at his rational state of mind. However, his admission make him guilty therefore, it do not matter what I think. What matter is that in fairness he gets the least amount of sentence because of leniency and the fact he was a productive citizen in society for ten years.

I am thanking you in advance for your patience and understanding. I am also thanking you for your consideration in giving my cousin leniency.

Sincerely,

Ronald Nelson