Michael Watson
825 Gerard Ave #6C
Bx NY 10451

Feb 1, 2008

Dear Your Honor

My name is Michael Watson, the biological brother of Troy Watson. I'm writing this letter in reference to expressing my heart felt concerns regarding my brother situation.

Please your Honor allow me to first express and inform you that Troy has 5 children in which lives he is very invoulced. Their ages range from 1 year to 19 years. He is also a hard working member of the carpenter's union of New York.

Your Honor my understanding of the case is that Troy may be guilty of some of the charges against him. Due to my lack of ability to attend all of the court proceeding I'm not very farmilar with the case. What I am farmilar with and do know is that my brother is a very loving father, tax paying citizen and respecter of person and property.

Your Honor my only request is that you grant as much mercy as permissible by the courts and yourself as possible.

Thank you Your Honor for your time and understanding.

Sincerely
Michael Watson