Your Honor, The following signatures are those of friends and family members who stand united in a plea for mercy and leniency on behalf of Mr. Troy Watson. We stand together in a collective hope that Your Honor will see these signatures as a symbol of the lives deeply affected by whatever sentence is handed down in this matter. This we do with the utmost respect for the system of justice and the responsibility of this court.

| Signature | Contact / Address |
|---|---|
| Franklin J. De Freitas Jr | |
| Jorge A. Torres | (917) 292-9602 |
| Acquillin Anohasin | 646 539 8942 |
| Julian Garcia | 646 320-2922 |
| St. John De Bovise | #718-930-7812 |
| Irene Watson | #(347) 297-8200 |
| Frederick Pierce | (917) 420-8039 |
| Franklin Muhammad | 917/560-5722 |
| Anete Barnett | 1779 Weeks Ave Bx NY 10457 |
| Scotty Jenkins | 240 E 176 St BX NY 10457 |
| Carlos Castellanos | Bronx NY |
| Faye Smith | Bronx N.Y. |
| Gregory Taylor | Harlem NY |
| Stephin Gordin | 890 Walton Ave Bronx NY 10451 |
| Jack Paterson | 825 Gerard Ave Bronx NY 10451 |
| Steven Muhammad | Bronx NY |
| Dason Jeer | 180 Riverside Blvd NY NY 10069 |
| Gordon Rivers | 70 West 90th St. NY NY |
| Jackie Rivera | Bronx NY |
| Seth Vogel | Queens NY |
| Lazlo Ribar | Queens NY |
| Rover Green | |
| Lucky Robertson | 77 West 129 st. NY NY |
| Constance Gordon | Bronx NY |
| Gladyn Amezquita | 180 Riverside Blvd NY NY 10069 |
| Hope Taylor | Fordham Plaza Bx NY |
| Justin Roberts | BX NY |
| Holly Green Rivera | Mt Hope Drive Westchester NY |
| Howard Jackson | 880 Colgate Ave Bx NY |
| Jessica Taylor | Jesup Ave Bx NY |
| Sam Gray | Howard Beach Brooklyn |
| Merry Samuels | NY NY |