Your Honor, The following signatures are those of friends and family members who stand united in a plea for mercy and leniency on behalf of Mr. Troy Watson. We stand together in a collective hope that Your Honor will see these signatures as a symbol of the lives deeply affected by whatever sentence is handed down in this matter. This we do with the utmost respect for the system of justice and the responsibility of this court.

1. Sean Martin 1-917-804-8651
2. Delila Turner 1819 Weeks Ave #5IN 347-591-1027
3. Cherel Coldwell 1735 Madison Ave #19B N.Y. N.Y. 10029 212-289-0119
4. Orlando Turner 3333 Broadway 718 662-9316
5. Shahamed Coldwell 1-646-824-3295
6. Messiah Mills
7. Saviour Mills
8. KARNELL MARTIN 1-718-009-1961
9. Orlanda Cohen 1-917 392-3293
10. Quaidasia Tyler 560 E 144th St 646.706.9931
11. Mansell Rolland
12. Antoinett 646-789-8033
13. Princess Johnson 718-893-5680
14. Francesca Campbell 917-526-6605
15. Annie Thompson (718) 901-0960
16. Janet Miller
17. Jami Maxwell (646) 373-4164
18. Sharied (?) (212) 828-2034
19. ? Nelson (718) 713-2278
20. Nelson Valles (718) 354-6673
21. Mikayla Richardson 1-917-586-2003
22. Antigua Martin 646-316-7425
23. Jenise Mitchell 646-938-2324
24. Rodney Virgin
25. Yanbreyaa Rolland
26. Rebecca Dollard (212) 283-0528
27. Deacon Tony Rivers (718) 538-1258
28. Deacon Carrie Martin 718 809 1961
29. Mother Ethel Coldwell 951 Prospect Ave 1-718-861-2503
30. Kim McCall 1819 Weeks Ave Bx NY 10457
31. Pierro Crown Queens NY
32. Philip Jacobs 180 West 127 St NY NY
33. Jason Gordon 1875 Weeks Ave Bx NY