2/25/08

To The Honorable Judge Denise Cota

I Troy Datson would like to start by expressing my deepest gratitude towards the courts. Being a tax payer for many years, it truly saddens me to know I'm on the wasting end of the economies hard earn money.

I would have thought I've learned to contain my emotions the first time I was incarcerated for nine long years. Once again I let my stress combined with my over worked emotions over ride my better judgement.

As a intricate part of my childrens lives, I don't know how to express what I feel about this situation. It's really hard to face them at this point. But regardless the outcome they know the goods outweighs the bads.

As hideous as it seems, I never intended for anyone to get hurt. It's almost impossible to

muster up how I feel for the people I've hurt. I deeply apologize to the Courts and all the staff at the Rite Aids. I Thank God that the out come wasn't worse.

Being that I'm the soul previder for my family, And there's know one capable of stepping in financially. I ask the Courts to show some lemiency towards my situation. If your decision stays the same I truly understand. I'm fully prepared to move forward in a positive light.

Once again I'm truely sorry for my outrageous acts. My intemtions were never to offend or hurt anyone.

Sincerely,
Troy Watson