UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

-----------------------------------

UNITED STATES OF AMERICA          :      **ORDER**
                                          **07 Cr. 922 (DLC)**

        -  v  -                   :

Troy Watson                       :

                  Defendant.      :

---------------------------------x

*and with consent of the Government; dlc*

    Upon the application of **Troy Watson**, by his attorney,

**Jennifer Brown, Esq.,** Federal Defenders of New York, Inc.,

it is hereby

    **ORDERED** that the two money orders belonging to Troy Watson

seized by police at the time of his arrest be returned to Mr.

Watson or his representative.


Dated:   New York, New York         **SO ORDERED:**
         April  7 , 2008


                                    _____
                                    HONORABLE DENISE L. COTE
                                    United States District Judge


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4/7/08